# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3181

_____

Mary Gray,                             *
                                       *
            Appellant,                 *
                                       *    Appeal from the United States
     v.                                *    District Court for the Eastern
                                       *    District of Arkansas.
Larry Massanari, Acting                *
Commissioner, Social Security          *        [UNPUBLISHED]
Administration,                        *
                                       *
            Appellee.                  *

_____

Submitted:  April 12, 2001

Filed:  April 24, 2001

_____

Before BOWMAN and FAGG, Circuit Judges, and VIETOR,* District Judge.

_____

PER CURIAM.

     Mary Gray sought disability insurance benefits asserting she is disabled by fibromyalgia, stress, fatigue, depression, and memory loss. An administrative law judge (ALJ) concluded Gray is not disabled because she retains the residual functional capacity to return to her past relevant work as a salesperson. Gray sought judicial

_____

*The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa, sitting by designation.

review, and the district court concluded substantial evidence supported the ALJ's decision. Gray appeals asserting the ALJ did not properly consider her subjective complaints, her treating physician's opinion that she can only stand or walk for four hours per day, and the limitations posed by her severe depression. Having carefully reviewed the record, we conclude the district court correctly held substantial evidence supports the ALJ's decision. The ALJ evaluated Gray's subjective complaints in compliance with Polaski v. Heckler, 751 F.2d 943, 948 (8th Cir. 1984), and properly found Gray's subjective complaints were not credible because of inconsistencies in the evidence. The ALJ also properly found Gray could perform her past relevant work as it was actually performed, and Gray's depression was situational in nature and relieved by medication. We thus affirm the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.